USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ERIC HOFFMAN, et al.,

        Plaintiffs,

    -against-                                  16-cv-0155 (LAK)

CHERYL IGHODARO, et al.,

        Defendants.
------------------------------------------------x
TASHEEN McLEAN, et al.,

        Plaintiffs,

    -against-                                  16-cv-4380 (LAK)

CHERYL IGHODARO, et al.,

        Defendants.
------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motions to dismiss the complaints [16-cv-0155 DI 27; 16-cv-4380 DI 21, 36 and 42] are denied, substantially for the reasons set forth in the report and recommendation of Magistrate Judge James C. Francis IV. Defendants' objections thereto are overruled.

        SO ORDERED.

Dated:    October 18, 2016

                                                        /s/ Lewis A. Kaplan
                                                        Lewis A. Kaplan
                                                       United States District Judge